Robert A. Jones (SBN 107839)
robert.jones@ogletreedeakins.com
Justin M. Scott (SBN 302502)
justin.scott@ogletreedeakins.com
Owen S. Dallmeyer (SBN 287250)
owen.dallmeyer@ogletreedeakins.com
Carolyn B. Hall (SBN 212311)
carolyn.hall@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendants
S.S. SKIKOS, INC.; S.S. SKIKOS DISTRIBUTION, INC.; and S.S. SKIKOS
ENTERPRISES, LLC, dba SKIKOS TRUCKING INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEZA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>S.S. SKIKOS, INC.; S.S.SKIKOS DISTRIBUTION, INC.; and S.S. SKIKOS ENTERPRISES, LLC, DBA SKIKOS TRUCKING INC.,<br><br>        Defendants. | Case No. 3:15-cv-01889-TEH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS S.S. SKIKOS, INC.; S.S. SKIKOS DISTRIBUTION, INC.; AND S.S. SKIKOS ENTERPRISES, LLC, DBA SKIKOS TRUCKING INC.**<br><br>Complaint Filed:  April 27, 2015<br>Trial Date:          None Set<br>Judge:               Hon. Thelton E. Henderson |

PLEASE TAKE NOTICE THAT Justin M. Scott is no longer with the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and hereby withdraws as counsel for Defendants S.S. Skikos, Inc.; S.S. Skikos Distribution, Inc.; and S.S. Skikos Enterprises, LLC, dba Skikos Trucking Inc. ("Defendants") effective immediately.  Defendants will continue to be represented by Robert A. Jones, Owen S. Dallmeyer, Carolyn B. Hall, and Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

DATED:  November 6, 2015                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.


                                            By:  */s/ Justin M. Scott*_____
                                                 Robert A. Jones
                                                 Justin M. Scott
                                                 Owen S. Dallmeyer
                                                 Carolyn B. Hall

                                                 Attorneys for Defendants S.S. SKIKOS,
                                                 INC.; S.S. SKIKOS DISTRIBUTION, INC.;
                                                 and S.S. SKIKOS ENTERPRISES, LLC, dba
                                                 SKIKOS TRUCKING INC.

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ~~PROPOSED~~ ORDER

The above withdrawal is approved and so ORDERED.

Dated:   __11/09/2015____

_____
Honorable Thelton E. Henderson
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT

22922953.1