1  Robert A. Jones (SBN 107839)
   robert.jones@ogletreedeakins.com
2  Justin M. Scott (SBN 302502)
   justin.scott@ogletreedeakins.com
3  Owen S. Dallmeyer (SBN 287250)
   owen.dallmeyer@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA  94105
6  Telephone:     415.442.4810
   Facsimile:     415.442.4870
7
   Attorneys for Defendants
8  S.S. SKIKOS, INC.; S.S. SKIKOS DISTRIBUTION, INC.; and S.S. SKIKOS
   ENTERPRISES, LLC, dba SKIKOS TRUCKING INC.
9
   Todd M. Schneider (SBN 158253)
10 Carolyn Hunt Cottrell (SBN 166977)
   Nicole N. Coon (SBN 286283)
11 SCHNEIDER WALLACE
   COTTRELL KONECKY WOTKYNS LLP
12 2000 Powell Street, Suite 1400
   Emeryville, California 94608
13 Telephone:     415.421.7100
   Facsimile:     415.421.7105
14 Email: tschneider@schneiderwallace.com
          ccottrell@schneiderwallace.com
15        ncoon@schneiderwallace.com

16 Karen C. Carrera, SBN 165675
   Virginia Villegas, SBN 179062
17 VILLEGAS CARRERA, LLP
   170 Columbus Avenue, Suite 300
18 San Francisco, California 94133
   Telephone:     415.989.8000
19 Facsimile:     415.989.8028

20 Attorneys for Plaintiff and the Putative Class/Collective

21                    **UNITED STATES DISTRICT COURT**

22                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MEZA, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>S.S. SKIKOS, INC.; S.S.SKIKOS DISTRIBUTION, INC.; and S.S. SKIKOS ENTERPRISES, LLC, DBA SKIKOS TRUCKING INC.,<br><br>          Defendants. | Case No. 3:15-cv-01889-TEH<br><br>**[PROPOSED] ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**<br><br>Complaint Filed:  April 27, 2015<br>Trial Date:       None Set<br>Judge:            Hon. Thelton E. Henderson |

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the stipulation between counsel for Defendants S.S. Skikos, Inc., S.S. Skikos Distribution, Inc., and S.S. Skikos Enterprises, LLC, dba Skikos Trucking Inc. and Plaintiff Jose Meza to take off-calendar the Case Management Conference currently scheduled in this matter for November 30, 2015, and good cause appearing therefor, this Court hereby ORDERS that the Case Management Conference in this matter presently scheduled for November 30, 2015 is hereby continued to March 7, 2016 at 1:30 PM

DATED: 11/24, 2015



Judge Thelton E. Henderson

23059642.1

1   Case No. 3:15-cv-01889-TEH
[PROPOSED] ORDER TO TAKE
CASE MANAGEMENT CONFERENCE OFF CALENDAR