UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MEZA,

        Plaintiff,

  v.

S.S. SKIKOS, INC., et al.,

        Defendants.

Case No. 15-cv-01889-TEH

**CLASS ACTION JUDGMENT**

Upon consideration of all matters submitted at the May 23, 2016 hearing and otherwise, in the matter of *Meza, et al. v. S.S. Skikos, et al.*, Case No. 3:15-cv-01889-TEH, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Final Judgment is hereby entered pursuant to the terms set forth in the Court's Order Granting Final Approval of Settlement.

2. Without affecting the finality of this Judgment, the Court reserves exclusive and continuing jurisdiction over the Action, the Named Plaintiff, the California Class and California FLSA Class, and the Defendants for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement, the distribution of the Settlement Funds, the award of attorney's fees, costs, and expenses, the Order Granting Final Approval of Settlement, and this Judgment.

18. There is no just reason for delay in the entry of this Final Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  05/25/16

_____
THELTON E. HENDERSON
United States District Judge